# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 406TH JUDICIAL DISTRICT COURT OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 12, 2014, the cause upon appeal to revise or reverse your judgment between

Leticia R. Benavides, Appellant

V.

Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr., Carlos Y. Benavides III, Tomas Benavides and Ana B. Galo, as Co-Trustees of the Benavides Family Mineral Trust, Appellee

No. 04-13-00186-CV and Tr. Ct. No. 2012-CVQ-000427-D4

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's February 27, 2013 Order Granting Traditional and No Evidence Summary Judgment in favor of Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr. is AFFIRMED.**

**It is ORDERED that Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr. recover her costs of this appeal from Leticia R. Benavides.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 29, 2014.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00186-CV

## Leticia R. Benavides

**v.**

## Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr., Carlos Y. Benavides III, Tomas Benavides and Ana B. Galo, as Co-Trustees of the Benavides Family Mineral Trust

(NO. 2012-CVQ-000427-D4 IN 406TH JUDICIAL DISTRICT COURT OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | CARLOS ZAFFIRINI |
| MOTION FEE | $15.00 | E-PAID | CARLOS ZAFFIRINI |
| MOTION FEE | $10.00 | E-PAID | CARLOS ZAFFIRINI |
| COPIES | $5.00 | PAID | ZAFFIRINI |
| MOTION FEE | $10.00 | PAID | PERSON WHITWORTH BORCHERS & MORALES |
| MOTION FEE | $10.00 | PAID | PERSON WHITWORTH BORCHERS & MORALES |
| MOTION FEE | $10.00 | PAID | PERSON WHITWORTH BORCHERS & MORALES |
| MOTION FEE | $10.00 | E-PAID | DIANE ST. YVES |
| MOTION FEE | $10.00 | E-PAID | CARLOS M. ZAFIRINI |
| INDIGENCY FILING FEE | $25.00 | PAID | C. M. ZAFFIRINI |
| REPORTER'S RECORD | $401.00 | PAID | DEBRA CAMERON |
| FILING | $100.00 | PAID | C. M. ZAFFIRINI |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | C. M. ZAFFIRINI |
| MOTION FEE | $10.00 | E-PAID | DIANE MARIE ST. IVES |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 29, 2014.



**KEITH E. HOTTLE, CLERK**

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 3853